*12m - 5879-J6*

## AFFIDAVIT OF PATRICK C. SEELEY

I, Patrick C. Seeley, United States Park Ranger, being duly sworn, depose and state as follows:

1. I am a Ranger with the United States Park Service, currently assigned to the Boston National Historical Park in Boston, Massachusetts.

2. On February 8, 2012, at approximately 10:14 pcs p.m., I was in a marked National Park patrol vehicle on Monument Square in Charlestown, Massachusetts. This section of Monument Square is within the jurisdiction of the Boston National Historical Park.

3. At that time I observed a black Acura sedan traveling on Monument Square, and observed that the operator was not wearing his seatbelt, a violation of 36 C.F.R. § 4.15.

4. At this time I activated my cruiser lights and attempted to stop the vehicle.

5. The vehicle began to accelerate and turn down Pleasant Street. The vehicle began to take a number of turns, accelerate its speed to over 50 miles per hour, and eventually came to a stop on Medford Street, Charlestown, Massachusetts.

6. As the vehicle came to a stop the operator opened his door and fled into the housing development on Medford Street.

7. I exited my vehicle and began pursuing the operator on foot.

8. During this pursuit I was joined by Officer Battle of the National Park Service, and we eventually caught the operator

at 124 Old Ironsides Way.

9. The operator was placed under arrest and returned to the area of my cruiser for transport. Prior to transport the operator was searched and I recovered:

1. 12 small baggies containing a white rocky substance;
2. 3.5 inch folding knife;
3. 2 Bic lighters;
4. A red container containing a white powdery substance;
5. $1,195 in United States currency.

10. The white substance was later tested positive for crack cocaine in a preliminary test.

11. While awaiting transport the operator became unstable and I placed him on the ground and requested Boston EMS.

12. While waiting for the EMS arrival, the operator got to his feet and attempted to flee the area.

13. The operator was caught and returned to my cruiser for transport.

14. The operator was transported back to the National Park's Service Building. During the operator's booking he refused to provide his name and refused to provide fingerprints.

15. It was later determined that the operator's name was Joseph J. Kennedy, dob xx/xx/1986.

16. Based on the foregoing facts and my experience and training as a Park Ranger, I believe there is probable cause to believe that on February 8, 2012, Joseph J. Kennedy did possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a).

Signed under the pains and penalties of perjury this 9th day of February, 2012.

~~DAVID PINKOS~~ Patrice C. Seeley
United States Park Ranger

Sworn to and subscribed before me this 9th day of February, 2012.

HONORABLE JUDITH G. DEIN
United States Magistrate Judge